**Motions granted in part and denied in part; Order filed March 20, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00743-CV
_____

## GENESIS PRODUCING COMPANY, LP, Appellant

## V.

## SMITH BIG OIL CORPORATION, TODD D. SMITH AND JAMES A. WHITSON, JR., Appellees

**On Appeal from the 152nd District Court
Harris County, Texas
Trial Court Cause No. 2012-30652**

## ORDER

Appellant filed a motion to amend its brief along with an amended brief. Appellees filed a motion to strike appellant's brief and a request for reimbursement of fees and costs.

Appellant's motion to file an amended brief and appellees' motion to strike are granted in part. Appellant's briefs filed January 27, 2014, February 26, 2014, and March 3, 2014, are struck. Appellant's amended brief filed March 3, 2014 is

ordered filed as of that date. Appellees' request for reimbursement of fees and costs is denied.

Appellees are permitted to file an amended brief responding to appellant's amended brief filed March 3, 2014. Appellees' amended brief is due 30 days from the date of this order.

PER CURIAM